450 A.2d 199

Commonwealth ·v. Shultz, Appellant.
Petition for Allowance of Appeal
Denied Feb. 3, 1983.

Submitted January 6, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The judgment of sentence is affirmed.